485 N. Keller Road, Suite 401  T. 407.647.0090  www.pearsonbitman.com
Maitland, Florida 32751  F. 407.647.0092



January 10, 2018

**Via Certified Mail & Electronic Mail**
Kishore Gr
Human Resources Director
Digital Risk, LLC
2301 Maitland Center Parkway, Suite 165
Maitland, FL 32751
kishore.gr@digitalrisk.com

  RE: Sr. V.P., Laura Williamson

Mr. Gr:

  Please be advised that I represent Laura Williamson with respect to her forthcoming charge of discrimination against Digital Risk, LLC.

  Ms. Williamson has had an 8-year professional career with Digital Risk. Approximately 4 years ago, Digital Risk's new ownership and management began discriminating against her solely because she is a female. Ms. Williamson has been informed on several occasions that she has a target on her back for this very reason. She has been demoted, has earned less, and is informed that she will continue to earn less than her male counterparts, simply because of her immutable characteristic of being a female.

  It is a well-known secret that Digital Risk's culture over the past years has become anti-female and the environment has become intolerable and unbearable for Ms. Williamson. This correspondence is intended to notify you of the pervasive discriminatory culture that has been fostered at Digital Risk; Ms. Williamson is in the process of filing a formal EEOC charge against the company.

  To the extent Digital Risk would like to engage in confidential discussions addressing an amicable separation, I am your contact. Otherwise, Ms. Williamson will reluctantly continue to put forth her best efforts of employment, all-the-while being continually, systematically, and illegally discriminated against.

Pearson Bitman is a limited liability partnership.
Offices: Orlando – Tampa – Miami – Fort Lauderdale  EXHIBIT "A"

Please understand that any further actions that continue to affect her salary, commissions, income, status, position, or other terms of employment will be viewed as retaliatory and will subject Digital Risk to additional claims.

Ms. Williamson hereby reserves all of her rights and remedies.

PLEASE GOVERN YOURSELF ACCORDINGLY.

Sincerely,

PEARSON BITMAN LLP

Ronnie J. Bitman

Pearson Bitman is a limited liability partnership.   485 N. Keller Road, Suite 401   T. 407.647.0090   www.pearsonbitman.com
Offices: Orlando – Tampa – Miami – Fort Lauderdale   Maitland, Florida 32751   F. 407.647.0092