# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| LAURA WILLIAMSON,<br><br>   Plaintiff,<br><br>  vs.<br><br>DIGITAL RISK, LLC, a Delaware limited liability company, DIGITAL RISK MORTGAGE SERVICES, LLC, a Delaware limited liability company, MPHASIS CORPORATION, a foreign corporation, MPHASIS LIMITED, INC., a foreign corporation,<br><br>   Defendants. | CASE NO.: 18-cv-767-TBS |

## PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF

The Plaintiff, LAURA WILLIAMSON ("Ms. Williamson"), by and through her undersigned counsel, submits her Objection to the Motion for Leave to File a Reply [Doc. No. 13] filed by Defendants, DIGITAL RISK, LLC, DIGITAL RISK MORTGAGE SERVICES, LLC, MPHASIS CORPORATION, and MPHASIS LIMITED, INC. ("Defendants"), and states as follows:

Defendants' arguments referenced in their Motion for Leave to File a Reply [Doc. No. 13] parrot the same positions contained within their previous Motion to Dismiss [Doc. No. 10]. The additional argument proposed will be of no further assistance to this Court in ruling on Defendants' Motion to Dismiss. Defendants clearly seek a second bite at the apple—which should be forbidden. *See Shaw v. R.J. Reynolds Tobacco Co.*, 818 F.Supp. 1539 (M.D. Fla. 1993) (denying leave to file a reply where it would be unfair for defendant to get a "second bite at the apple").

WHEREFORE, the Plaintiff, LAURA WILLIAMSON, respectfully objects to the Motion for Leave to File a Reply filed by Defendants, DIGITAL RISK, LLC, DIGITAL RISK MORTGAGE SERVICES, LLC, MPHASIS CORPORATION, and MPHASIS LIMITED, INC., requests this Court enter an order denying same, and for any other relief deemed just and proper.

RESPECTFULLY submitted on this day, July 6, 2018.

          PEARSON BITMAN LLP

          */s/ Ronnie J. Bitman*
          Ronnie J. Bitman, Esquire
          Florida Bar No.: 0744891
          rbitman@pearsonbitman.com
          Kristen M. Crescenti, Esquire
          Florida Bar No.: 107211
          kcrescenti@pearsonbitman.com
          485 N. Keller Road, Suite 401
          Maitland, Florida 32751
          Telephone:  (407) 647-0090
          Facsimile:   (407) 647-0092
          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF.

B. TYLER WHITE
JACKSON LEWIS P.C.
501 RIVERSIDE AVE., SUITE 902
JACKSONVILLE, FL 32202
TYLER.WHITE@JACKSONLEWIS.COM
*Counsel for Defendants, Digital Risk, LLC,*
*Digital Risk Mortgage Services, LLC,*
*Mphasis Corporation & Mphasis Limited, Inc*

                         PEARSON BITMAN LLP

                         */s/ Ronnie J. Bitman*
                         Ronnie J. Bitman, Esquire
                         Florida Bar No.: 0744891
                         rbitman@pearsonbitman.com
                         Kristen M. Crescenti, Esquire
                         Florida Bar No.: 107211
                         kcrescenti@pearsonbitman.com
                         485 N. Keller Road, Suite 401
                         Maitland, Florida 32751
                         Telephone:  (407) 647-0090
                         Facsimile:   (407) 647-0092
                         *Attorneys for Plaintiff*