**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAURA WILLIAMSON,**

      **Plaintiff,**

                                                  **CASE NO.:  6:18-cv-00767-GAP-TBS**

vs.

**DIGITAL RISK, LLC, DIGITAL RISK**
**MORTGAGE SERVICES, LLC,**
**MPHASIS CORPORATION, and**
**MPHASIS LIMITED, INC.,**

      **Defendants.**

_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendants, DIGITAL RISK, LLC, DIGITAL RISK MORTGAGE SERVICES, LLC, MPHASIS CORPORATION, and MPHASIS LIMITED, INC. ("Defendants"), by and through undersigned counsel, and pursuant to this Court's Interested Persons Order (Doc. 7) hereby disclose the following:

    1.    The name of each person, attorney, association of person, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

        **Laura Williamson, Plaintiff;**

        **Ronnie J. Bitman, Esq., Counsel for Plaintiff**

        **Kristen M. Crescenti, Esq., Counsel for Plaintiff**

        **PEARSON BITMAN, LLP, Counsel for Plaintiff;**

        **Digital Risk Mortgage Services, LLC, Defendant;**

**Digital Risk, LLC, Defendant and owner of Digital Risk Mortgage Services, LLC;**

**Mphasis Corporation, Defendant;**

**Mphasis Limited, Inc., Defendant and owner of Mphasis Corporation;**

**Mphasis Ltd., Parent of Mphasis Wyde, Inc.;**

**Mphasis Wyde, Inc., Parent of Digital Risk, LLC;**

**Marble II Pte Limited, owner of more than 10% of stock in Mphasis Limited;**

**B. Tyler White, Esq., Counsel for Defendants;**

**Jennifer Shoaf Richardson, Esq., Counsel for Defendants; and**

**Jackson Lewis P.C., Counsel for Defendants.**

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings;

**None known apart from the above.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Laura Williamson, Plaintiff;**

**Digital Risk Mortgage Services, LLC, Defendant;**

**Digital Risk, LLC, Defendant;**

**Mphasis Corporation, Defendant; and**

**Mphasis Limited, Inc., Defendant.**

5.	Defendants certify that, except as disclosed above, they are unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED this 10th day of July, 2018.

>Respectfully submitted,
>
>JACKSON LEWIS, P.C.
>501 Riverside Avenue, Suite 902
>Jacksonville, Florida 32202
>Telephone:  (904) 638-2655
>Facsimile:  (904) 638-2656
>
>By: _/s/B. Tyler White_
>B. Tyler White
>Florida Bar No. 0038213
>tyler.white@jacksonlewis.com
>Jennifer S. Richardson
>Florida Bar No. 67998
>jennfer.richardson@jacksonlewis.com
>
>Counsel for Defendants

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed using the CM/ECF System, which will automatically give notice this July 10, 2018, to the following counsel of record:

>Ronnie J. Bitman, Esq.
>Kristen M. Crescenti, Esq.
>PEARSON BITMAN LLP
>485 N. Keller Road, Suite 401
>Maitland, FL  32751
>rbitman@pearsonbitman.com
>kcrescenti@pearsonbitman.com

>>_/s/ B. Tyler White_
>>Attorney

4837-0331-8635, v. 1